| | |
|---|---|
| 1 | GEORGE A. YUHAS (STATE BAR NO. 78678) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | The Orrick Building |
|   | 405 Howard Street |
| 3 | San Francisco, CA  94105-2669 |
|   | Telephone:     415-773-5700 |
| 4 | Facsimile:     415-773-5759 |

JOEL D. SIEGEL (STATE BAR NO. 155581)
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
Telephone:     310-576-2100
Facsimile:     310-576-2200

Attorneys for Defendants
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM LIFE INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM GENERAL INSURANCE COMPANY

ROBERT S. BOULTER (STATE BAR NO. 153549)
PETER C. LAGARIAS (STATE BAR NO. 77091)
LAGARIAS & BOULTER L.L.P.
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone:   415-460-0100
Facsimile:     415-460-1099
E-mail:rsb@lb-attorneys.com

Attorneys for Plaintiff Victoria Smirnoff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA SMIRNOFF, an individual, on behalf of herself and others similarly situated, | CASE NO.  C 06 6772  CW |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM LIFE INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY COMPANY, AND STATE FARM GENERAL INSURANCE COMPANY, | |
| Defendants. | |

1  WHEREAS, there is currently a Case Management Conference scheduled for
2  February 9, 2007 at 1:30 p.m. in this matter; and
3  WHEREAS, the parties have reached a tentative settlement of this case; and
4  WHEREAS, the parties believe that the final documentation of the settlement can
5  be completed and request for dismissal filed within thirty days and seek a continuance of the Case
6  Management Conference so that this can be accomplished.
7  IT IS HEREBY STIPULATED by the between counsel for plaintiff and
8  defendants that the Case Management Conference currently scheduled for February 9, 2007 at
9  1:30 p.m. shall be continued to March 9, 2007 at 1:30 p.m.

10  Dated: February 9, 2007

GEORGE A. YUHAS
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ George A. Yuhas
Attorney for Defendants
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, STATE FARM LIFE
INSURANCE COMPANY, STATE FARM FIRE
AND CASUALTY COMPANY, STATE FARM
GENERAL INSURANCE COMPANY

ROBERT S. BOULTER
LAGARIAS & BOULTER L.L.P.

/s/ Robert S. Boulter
Attorney for Plaintiff
VICKY SMIRNOFF

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document

/s/ George A. Yuhas
George A. Yuhas

1
2

### [ORDER CONTINUING
### CASE MANAGEMENT CONFERENCE

3    Pursuant to the stipulation of the parties, it is hereby ordered that the Case

4    Management Conference currently scheduled for February 9, 2007 at 1:30 p.m. is hereby

5    continued to March 9, 2007 at 1:30 p.m.

6           2/9

7    Dated: _____, 2007

                                                    *[signature]*
                                            _____
9                                               Hon. Claudia Wilken
                                                United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28